Dismissed and Opinion filed February 13, 2003









Dismissed and Opinion filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00115-CR

____________

 

SIGNAD, INC., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the County Criminal Court at Law No. 12

Harris County, Texas

Trial
Court Cause No. 1012710

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal has been
filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered
and Opinion filed 13, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.

Do not publish ‑
Tex. R. App. P. 47.2(b).